# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK MONACO BAZZO,<br><br>Plaintiff,<br><br>v.<br><br>BRAZIL, *et al.*,<br><br>Defendants. | Case No. 1:24-cv-00768-JLT-BAM (PC)<br><br>ORDER DENYING MOTION FOR RELIEF FROM FILING FEE<br>(ECF No. 16)<br><br>ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br>(ECF No. 15)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Frank Monaco Bazzo ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 19, 2025, the Court issued findings and recommendations to dismiss this action, with prejudice, as barred by claim preclusion or barred by the *Rooker-Feldman* doctrine and for failure to state a cognizable claim upon which relief may be granted. (ECF No. 14.) Those findings and recommendations were served on Plaintiff and he was advised that any objections were to be filed within fourteen (14) days. (*Id.*)

On March 3, 2025, Plaintiff filed a motion for a forty-five-day extension of time and a motion for an order to remove fee. (ECF Nos. 15, 16.)

Plaintiff requests a forty-five-day extension of time due to upcoming Court dates regarding his criminal sentence and an impending transfer to another prison. (ECF No. 16.) Plaintiff also states that he previously drafted the same request, but it was returned to him without any reason. (ECF No. 15.) Plaintiff has undergone a surgical intervention and was waiting for typewriter ribbons. (*Id.*) Plaintiff does not specify which deadline he wishes to extend, but the

1

Court construes the motion as a request for an extension of the deadline to file objections to the pending findings and recommendations.

Having considered the request, the Court finds good cause to grant, in part, Plaintiff's motion for an extension of time to file objections to the findings and recommendations. The Court finds that an extension of thirty days, rather than forty-five, is appropriate under the circumstances.

With respect to Plaintiff's request regarding the filing fee, Plaintiff states that because the Court agrees that he is proceeding *in forma pauperis* in this civil rights action, he requests that the Court issue an order to the prison trust office to strike the fees anchored to this case since 2020. (ECF No. 16.) As Plaintiff was informed in the Court's November 18, 2024 order denying Plaintiff's previous motion for relief from the filing fee, although Plaintiff is proceeding *in forma pauperis* in this action, he remains obligated to pay the $350.00 filing fee for this action, in monthly payments of twenty percent of the preceding month's income credited to his trust account. (ECF No. 11.) As to Plaintiff's allegation that there have been fees associated with this case since 2020, Plaintiff is reminded that the instant action was opened on July 2, 2024, (ECF No. 1), and Plaintiff's motion to proceed *in forma pauperis* was granted on July 17, 2024, (ECF No. 9). Accordingly, there are no fees associated with this case from before July 2024. Any filing fees withdrawn from Plaintiff's account prior to July 2024 are not associated with the instant action.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for order to remove fee, (ECF No. 16), is DENIED;
2. Plaintiff's motion for an extension of time, (ECF No. 15), is GRANTED IN PART; and
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file any objections to the February 19, 2025 findings and recommendations.

IT IS SO ORDERED.

Dated:   **March 3, 2025**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE